UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

KENNETH SCHWARTZ, )
 )
    Plaintiff, )
 ) No.: 1:19-CV-099-RLJ-CHS
v. )
 )
WELLPATH HEALTH SERVICES, )
CORE CIVIC AMERICA, INC., A.W. )
CARTER, MS. MOON, VAN HOOSER, )
MS. MOODY, ELLIS, WARDEN )
SEXTON, and VICE PRESIDENT )
MEDLIN, )
 )
    Defendants. )

## O R D E R

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion to add Defendant [Doc. 10] is **DENIED** and this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**E N T E R**:

                                              s/ Leon Jordan
                                    United States District Judge

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT